**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  Case No. 8:25-bk-04577-CED
  Chapter 13
RANDY OATMAN

      Debtor.[1]
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION AND**
**OBJECTION CONCERNING CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

    1.    The Trustee requests the following additional documents, to be provided within twenty-one (21) days unless otherwise specified, to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test:

        a. pay advices/proof of monthly income for month of filing and for four months thereafter and for the full six months prior to the filing of the instant case; and

        b. valuation/appraisal of Debtor's vehicle as of the petition date.

    2.    To meet the requirements of 11 U.S.C. §1325(a)(4) and/or 11 U.S.C. §1325(b)(1)(B) the Debtor must dedicate all claims to the Plan.

    3.    An Amended Plan must be filed because the Plan fails to provide for adequate protection payments to the secured creditor TMX Finance as required by the Administrative Order Prescribing Procedures for Chapter 13 Cases;

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

4. The Debtor's Statement of Financial Affairs must be amended in Part 2, Question 4 and/or 5 to include the gross amount of income from all sources during the two years immediately preceding this calendar year and the year to date, specifically year-to-date 2025.

5. Any dispute as to whether the Debtor has filed all required tax returns must be resolved prior to the Debtor's Plan being confirmed.

6. **The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.**

I HEREBY CERTIFY that a true and correct copy of the Trustee's Unfavorable Recommendation and Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to RANDY OATMAN, 4127 12th Avenue S., St. Petersburg, FL 33711; DAVID L. DEL VECCHIO, 111 Second Ave NE, #1403, St. Petersburg, FL 33701; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 7th day of August, 2025.

    /s/ William C. Harrison, Esquire
WILLIAM C. HARRISON., ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0896731
Attorney for the Trustee

KR/WCH/jn