**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                          CASE NO:  8:25-bk-04577-CED

**RANDY OATMAN**

    **Debtor**

_____/

**DEBTOR'S RESPONSE/**
**OBJECTION TO THE MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY TO SURVIVE ANY FUTURE**
**FILINGS FILED BY CREDITOR HARVEY SCHONBRUN [DOC. NO. 22]**

    **COMES NOW** the Debtor, RANDY OATMAN, by and through undersigned counsel, and hereby files his Response/Objection to the Motion for Relief from the Automatic Stay to Survive any Future Filings [Doc. No. 22] (the "Motion") and respectfully states the following:

1. The Debtors chapter 13 plan was filed in good faith by the Debtor to preserve his hard earned homestead.

2. The Mortgage Creditor failed on two (2) prior occasions; when there were hearings held on the Motion to Extend the Automatic Stay, to lodge any objection or even attend either of the two (2) prior hearings.

3. The Debtor has made his Chapter 13 plan payments which encompasses Mortgage Creditor's arrears claim and ongoing mortgage payments, providing adequate protection.

    **WHEREFORE,** the Debtor respectfully requests that the relief requested be denied and that Mortgage Creditor be held responsible for their own attorney fees and costs.

Date: September 8, 2025

                                                             /s/ David L Del Vecchio, Esquire
                                                             David L. Del Vecchio, Esquire
                                                             Del Vecchio & Associates, P.A.
                                                            111 Second Ave. NE , #1403
                                                            St. Petersburg, FL 33701
                                                            Telephone: (727) 896-6210
                                                            Facsimile:  (727) 894-8624
                                                            FBN: 0940607
                                                           ngunndelv@verizon.net

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Response/Objection has been furnished by U.S. Mail or electronically by CM/ECF for all registered recipients to: Stephanie C. Lieb, Esquire, c/o Trenam, Kemker PA, 101 E. Kennedy Blvd., #2700, Tampa, FL 33602 on September 8, 2025.

    /s/ David L Del Vecchio, Esquire
David L. Del Vecchio, Esquire
Del Vecchio & Associates, P.A.
111 Second Ave. NE , #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile:  (727) 894-8624
FBN: 0940607
ngunndelv@verizon.net